AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

REYNALDO SOTELO

Defendant

CASE ___ OS CR 0022 4
5: 08 · 70437 - HRL

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in EASTERN District of CALIFORNIA

alleging violation of 18 USC 232 _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

FILED

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to
determine whether there is probable cause to believe an offense has been committed by me,
the hearing to be held in this district or the district of prosecution; and

(4)         Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in
order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and,
therefore, consent to the issuance of an order requiring my appearance in the prosecuting
district where the charges are pending against me.

_____
*Defendant*

7/15/08
Date

_____
*Defense Counsel*