

United States Fire Insurance Company
10777 Westheimer Road, Suite 500 (77042)
P.O. Box 2807 • Houston, Texas 77252-2807
(713) 954-8100 • (713) 954-8389 FAX

MICHAEL BOWMAN. BA 1738149
CALVIN ELAM BAIL BOND
496 7th STREET
OAKLAND, CA 94607
510-444-4889

(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

## UNITED STATES DISTRICT COURT

FOR THE __NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA,
Plaintiff
vs.
__REYNALDO SOTELO__

Magistrate Docket # __08 MJ 70437__

Criminal No. _____

The above named defendant having been charged with violation(s) of Title __18__, United States Code Section(s) __1962 AND 2__, and bail having been set in the sum of $ __100,000__ herein, we, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to the United States of America on this appearance bond in the sum of __ONE HUNDRED THOUSAND__ Dollars ($ __100,000__ ) subject to the conditions below.

The conditions of this bond are that the above defendant is to appear on __JULY 21__, __2008__, at __1:30__ ?.m. before a United States Magistrate/Judge for the above named court, and at such other places as the defendant may be required to appear in the above referenced case as may be ordered by the Magistrate or by the cognizant United States District Court or any other United States District Court to which the defendant may be removed or the case transferred. It is agreed and understood that this is a continuing bond guaranteeing defendant's appearance in court when required, through and including sentencing should same occur.

If the defendant appears at all times as ordered then this bond is to be void and exonerated, but if the defendant fails to appear in court or at such other places as may be ordered by the court, forfeiture of the bond may be declared by any United States District Court having cognizance of the above entitled matter at the time of or after such nonappearance. If this bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the above stated amount together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

This bond form must be accompanied by a Power of Attorney of the United States Fire Insurance Company, which must reflect a power amount minimally the sum of this undertaking. The terms and conditions appearing on said power of attorney are incorporated herein by this reference.

This bond is executed this __17__ day of __JULY__, __2008__ at _____.

**BOND APPROVED, DEFENDANT ORDERED RELEASED**

DATE: _____

_____
U.S. DISTRICT JUDGE/MAGISTRATE

_____
Signature of Defendant

_____
Addresss of Defendant

_____
City, State & Zip Code

( ) _____
Telephone

Signature of surety acknowledged before me this _____

day of _____, _____

_____
Deputy Clerk

UNITED STATES FIRE INSURANCE COMPANY

_Walter Michael Bowman_
Attorney-in-Fact

S-0038US (1/06)

**Fairmont** Specialty
The United States Fire Insurance Company
10777 Westheimer Road, Suite 500 (77042)
P.O. Box 2807 - Houston, Texas 77252-2807
(713) 954-8100     (713) 943-8389 FAX

# FEDERAL POWER OF ATTORNEY

POWER NO. ***A100-20129932***

POWER AMOUNT $ *** 100,000***

This Power of Attorney is granted pursuant to Article IV of the By-Laws of UNTIED STATES FIRE INSURANCE COMPANY as now in full force and effect. Article IV, Execution of Instruments - Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, any Vice-President, any Assistant Vice President, the Secretary, or any Assistant Secretary shall have power on behalf of the Corporation: (a) to execute, affix the corporate seal manually or by facsimile to, acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements; (b) to appoint, in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a), including affixing the seal of the Corporation.

This power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.     ***ONE HUNDRED THOUSAND DOLLARS***

**The obligation of the company shall not exceed the sum of**
and provided this Power-of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, THE UNITED STATES FIRE INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this __17__ of __JULY__ __2008__
                                                                                                                                DAY          MONTH      YEAR

Bond Amount $ 100,000
Defendant REYNALDO SOTELO
Charges 18 USC 1962 AND 2
Court NORTHERN DISTRICT
Case No. 08 MJ 70437
City SAN JOSE     State CA
If rewrite, original No. _____
Executing agent Walter Michael Bowman
                                    NAME

By _____
    Richard J. Klimaszewski
    Vice President

02/01/2009

VOID IF NOT ISSUED BY:
**FOR FEDERAL USE ONLY**
NOT VALID IF USED IN STATE COURT

COPY FOR COURT

S-0035US REV (1/06)