# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 21, 2008

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

| | |
|---|---|
| Case Name: | **USA-v-Reynaldo W. Sotelo** |
| Case Number: | **5-08-70437-HRL  (Your Case# 08-CR-00224-LJO)** |
| Charges: | **8:371** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.

(X )  The defendant has a court appearance in your court on:
       July 29, 2008 @ 9:00 Before Duty Magistrate Judge

Enclosed are the following documents:

Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:   *Cita F. Escalano*
       Case Systems Administrator

Enclosures
cc: Financial Office

------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____          **CLERK, U.S. DISTRICT COURT**

                                                     **By** _____
                                                            **Deputy Clerk**