**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
General Court Number
408.535.5363

2008 JUL 29 P 3: 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

July 21, 2008

Clerk of Court
US District Court for Eastern California
2500 Tulare Street, Suite 1501
US Courthouse Building
Fresno, CA 93721-2201

Case Name:       USA-v-Reynaldo W. Sotelo
Case Number:     5-08-70437-HRL  (Your Case# 08-CR-00224-LJO)
Charges:         8:371

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)    The defendant has a court appearance in your court on:
July 29, 2008 @ 9:00 Before Duty Magistrate Judge

Enclosed are the following documents:

    Original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: 7-25-08

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk